AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hellerstein, Alvin K. | U.S. District Court - NY-South | 07/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street - Room 1050
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | synagogue |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/96 | Stroock & Stroock & Lavan LLP, former law firm (Pension Plan for retired partners)(No Control) |
| 2. | 1/1/89 | Stroock & Stroock & Lavan Retirement Plan (management of firm's IRA and 401K plans)(No Control) |
| 3. | 1/1/84 | Stroock & Stroock & Lavan Investment Partnership (No Control) |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 07/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Pension from former law firm | $465,094.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute for Law & Economic Policy - 2012 Conference | 4/25-4/27/2012 | Puerto Rico | Panel Speaker for Seminar | Travel, Food and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 07/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Mortgage Corp. | Mortgage, condominium | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 07/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York City Condominium | F | Rent | P1 | W | | | | | |
| 2. J P Morgan/Chase | A | Interest | K | T | | | | | |
| 3. Franklin Templeton Mut. Qual. Fund (IRA) | D | Dividend | M | T | Redeemed (part) | 11/25/12 | J | | |
| 4. Dreyfus Money Market Funds | A | Interest | K | T | | | | | |
| 5. Stroock & Stroock & Lavan Retirement Plan (See fn. 1) | | | P1 | T | | | | | |
| 6. - Delaware Investments | | | | | | | | | |
| 7. - Thornburg Inv. Mgmt. | | | | | | | | | |
| 8. - Atlanta Capital Management | | | | | | | | | |
| 9. - C.S. McKee, L.P. | | | | | | | | | |
| 10. - Westfield Capital Mgmt. | | | | | | | | | |
| 11. - TimeSquare Cap. Mgmt. | | | | | | | | | |
| 12. - Tocqueville Asset Mgmt. | | | | | | | | | |
| 13. - Cramer Rosenthal McGlynn | | | | | | | | | |
| 14. S&S&L Investment Partnerships | A | Dividend | J | W | | | | | |
| 15. - Warburg Pincus Funds | | None | J | W | | | | | |
| 16. - Loeb Partners Investments | | Dividend | J | W | | | | | |
| 17. State of Israel Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 07/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gilead Sciences Inc. | | None | M | T | Donated (part) | 12/20/12 | K | | |
| 19. Regeneron Pharmaceutical | | None | L | T | | | | | |
| 20. Citibank Bank Dep. | A | Interest | J | T | | | | | |
| 21. Northwestern Mutual (Life Ins.) (See Footnote 2) | | | | | | | | | |
| 22. I Shares TR MSCI EAFE Index Fund (see Footnote 3) | A | Dividend | K | T | Sold (part) | 4/24/12 | K | D | |
| 23. I Shares TR MSCI EAFE Index Fund | | | | | Buy | 10/24/12 | K | | |
| 24. I Shares Russell 1000 Value Fd. | A | Dividend | L | T | | | | | |
| 25. I Shares Russell Midcap Value Index Fd. | A | Dividend | K | T | | | | | |
| 26. I Shares Russell 1000 Growth Fd. | A | Dividend | L | T | | | | | |
| 27. I Shares Russell 2000 Value Fd. | A | Dividend | K | T | | | | | |
| 28. I Shares Russell 2000 Growth Fd. | A | Dividend | K | T | | | | | |
| 29. I Shares Russell Midcap Growth Index Fd. | A | Dividend | K | T | | | | | |
| 30. SPDR Ser Tr S&P Metals & Mng ETF | A | Dividend | | | Sold | 10/24/12 | K | A | (loss) |
| 31. Vanguard Emerging Markets ETF | B | Dividend | M | T | Buy | 4/24/12 | K | | |
| 32. Vanguard REIT ETC | A | Dividend | K | T | Buy | 5/4/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Hellerstein, Alvin K.

Date of Report

07/03/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnote 1 -- Results of investments, inclusive of realized and unrealized gains and losses and dividends and distributions, are reported to me quarterly and for year end. A separate figure for dividends was not reported to me. No gain or loss is reported, since the investment qualifies as an IRA/401-K. As in previous years, I was subject to mandatory withdrawal of IRA/401-K funds, and withdrew funds of the value of "M".

Effective January 1, 2012, the trustees terminated management by Alliance Bernstein Equity. My funds were transferred to be managed by C.S. Mekee. Similarly, Brandes Inv. Part.'s management was terminated, and my funds were transferred for managment by Tocqueville Asset Management.

As of the third quarter 2012, the trustees terminated management by Macquarie Allegiance Corp. My funds were transferred for managment by Delaware Investments.

An effect of those transfers was to reduce the number of manager investing funds attributed to me, from nine to eight.

Footnote 2 -- Cash value and dividends are applied to premiums, resulting in paid-up life insurance, payable on the second to die between my wife and me. Hence, the policy does not pay dividends, and has no gross value.

Footnote 3 -- The end of the year information is net after the sale reported on Line 22 and buy on Line 23.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alvin K. Hellerstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

October 3, 2013

ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Hon. Joseph H. McKinley, Jr., Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Calendar Year 2012 Filing

Dear Judge McKinley:

I respond to your letter of September 18, 2013.

I do not know, and I am not able to identify, "each stock, fund, or asset" managed by the investment management companies identified in Lines 5 through 13 of Part VII of my Financial Disclosure Report as of December 31, 2012.

The investment management companies identified on those lines function as mutual funds, pooling funds contributed from many different sources. The funds contributed by beneficiaries of the S&S&L Retirement Trust are overseen by trustees. The trustees are partners of Stroock & Stroock & Lavan, LLP, the law firm from which I retired when I was appointed United States District Judge in 1998. The trustees, in their choices of investment managers to manage the funds contributed by the Trust, act on advice from professional investment advisors.

The investment managers chosen by the trustees invest the funds contributed, as IRA and 401-K retirement funds, by the active and retired partners of the law firm and by the firm's employees. The assets of the plans maintained by the firm are aggregated in a group trust and are invested in mutual funds, exchange traded funds, and managed separate accounts in accordance with a participant's direction. My funds are a small part of those funds and are pooled with those funds. I do not have any say as to investment decisions made by any of the managers. My only say is, periodically, to order transfer of funds allocable to me, totally or partially, from one managed fund to another, but only among the several permitted by the Trust, or to redeem funds as, for example, redemptions required by the Internal Revenue Code after the age of 70 and a half.

I, and all other beneficiaries of the S&S&L Investment Trust, receive quarterly reports from the Trustees, which include reports from each of the investment managers. I receive such reports from the Trustees approximately one month after the end of each quarter. Typically, the reports include reports of each investment manager, describing its performance in relation to market benchmarks and, in general terms, the contributions of various categories of investments towards the overall results experienced by that manager, along with the manager's outlook.

I am not able to provide disclosures as to "each stock, fund, or asset" managed by the investment management companies identified in Lines 5 through 13 of Part VII of my Financial Disclosure Report as of December 31, 2012.

I refer you also to the bottom paragraph of page 42 of the Filing Instructions, issued January, 2013. The Instructions state, as to mutual funds, "There is no requirement to list the individual assets," only the name of the fund.

Very truly yours,

Alvin K. Hellerstein

AKH:nyw